IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-316-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    JOEL CHAVIRA-NUNEZ,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Hearing on the Motion for Review of Detention Order (doc. #37), filed July 29, 2010, is set for **August 17, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: August 11, 2010