**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: August 31, 2010 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Kara Spitler |

Civil Action No.: 10-cr-00316-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Michele R. Korver |
| Plaintiff, | |
| v. | |
| JOEL CHAVIRA-NUNEZ, | Harvey A. Steinberg |
| Defendant. | |

### COURTROOM MINUTES

**Motions Hearing**

**10:04 a.m.    Court in session.**

Court calls case. Counsel present. Defendant present in custody. Also present, Kelly Kelly Draper, Investigator with Arapahoe County Sheriff's Office.

Preliminary remarks by the Court.

**Argument heard on Motion For Review Of Detention Order (Filed 7/29/10; Doc. No. 37).**

10:06 a.m.    Argument by Mr. Steinberg.

10:14 a.m.    Government's witness, Kelly Draper, called and sworn.
                      Direct examination begins by Ms. Korver.

10:20 a.m.    Cross examination by Mr. Steinberg.

10:24 a.m.    Redirect examination by Ms. Korver.

10:26 a.m.    Re-cross examination by Mr. Steinberg.

Witness excused.

10:27 a.m.    Argument by Ms. Korver. Questions by the Court.

10:35 a.m.    Further argument by Mr. Steinberg. Questions by the Court.

10:40 a.m.   Further argument by Ms. Korver.

10:41 a.m.   Comments and rulings by the Court.

**ORDERED:   Motion For Review Of Detention Order (Filed 7/29/10; Doc. No. 37) is DENIED.**

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**


**10:43 a.m.   Court in recess.**
Hearing concluded.
Time in court - 39 minutes.