**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  November 18, 2010 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Kara Spitler |
| Interpreters:  Kathy Bahr | |
| Melinda Gonzalez-Hibner | |

**Criminal Action No.:** 10-cr-00316-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Michele R. Korver |
| Plaintiff, | |
| v. | |
| JOEL CHAVIRA-NUNEZ, | Harvey A. Steinberg |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**3:10 p.m.     Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.  Also present, Kelly Draper, Investigator with Arapahoe County Sheriff's Office.

Preliminary remarks by the Court.

Argument heard on pending motions.

3:11 p.m.     Argument by Mr. Steinberg.

Interpreters sworn.

Both sides agree to the qualifications of the interpreters.

3:13 p.m.     Continued argument by Mr. Steinberg.

3:18 p.m.     Argument by Ms. Korver.

3:25 p.m.     Argument by Mr. Steinberg.

3:29 p.m.     Comments and rulings by the Court.

*10-cr-00316-JLK*
*Motions Hearing*
*November 18, 2010*

**ORDERED:** **Motion For Disclosure Pursuant To Rules 404(b) And 609, Federal Rules Of Evidence (Filed 7/19/10; Doc. No. 23) is DENIED.**

**ORDERED:** **Motion To Disclose And Produce *Brady* (Exculpatory) Material (Filed 7/19/10; Doc. No. 24) is DENIED as MOOT.**

**ORDERED:** **Request For Notice By Government Of Intent To Introduce Evidence Pursuant To Rule 807, F.R.E. (Filed 7/19/10; Doc. No. 25) is DENIED as MOOT.**

**ORDERED:** **Motion To Disclose Identity Of Informants (With Authority) [Filed 7/19/10; Doc. No. 26] is GRANTED.**

**ORDERED:** **Motion To Compel Disclosure Of Existence And Substance Of Promises Of Immunity, Leniency Or Preferential Treatment (Filed 7/19/10; Doc. No. 27) is GRANTED.  Information shall be disclosed no later than 10 days prior to the first day of trial.**

**ORDERED:** **Request For Notice Of Intent To Call Expert Witnesses And Discovery Pursuant to Rule 16(a)(1)(D) and (E), Fed.R.Crim.P. (Filed 7/19/10; Doc. No. 28) is DENIED as MOOT.**

**ORDERED:** **Motion To Suppress Statements (Filed 7/19/10; Doc. No. 29) is DENIED as MOOT.**

**ORDERED:** **Motion to Suppress Fruits Of Illegal arrest And Execution Of Illegal Arrest Warrant (Filed 7/19/10; Doc. No. 30) is DENIED.**

**ORDERED:** **Request for Notice Of Government's Intent To Use Evidence (Filed 7/19/10; Doc. No. 31) is DENIED as MOOT.**

**ORDERED:** **Motion For Preservation Of Tapes And Notes (Filed 7/19/10; Doc. No. 32) is GRANTED in PART, and DENIED in PART, as specified.**

Discussion regarding speedy trial.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**


**3:39 p.m.     Court in recess.**
Hearing concluded.
Time in court - 29 minutes.

2