IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-316-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    JOEL CHAVIRA-NUNEZ,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Reconsideration, etc. (doc. #80), filed December 30, 2010 will be heard at the January 7, 2011 Status Conference. The government shall respond no later than Thursday, January 6, 2011.

---

Dated:  January 3, 2011