**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:   January 7, 2011                              Deputy Clerk: Bernique Abiakam
                                                     Court Reporter: Tracy Weir
Interpreters:   Marcela Salazar
                Ruth Warner

**Criminal Action No.**: 10-cr-00316-JLK

UNITED STATES OF AMERICA,                            Michele R. Korver

        Plaintiff,

v.

JOEL CHAVIRA-NUNEZ,                                  Harvey A. Steinberg
                                                     Ariel Zusya Benjamin

        Defendant.

**COURTROOM MINUTES**

Status Conference and Motions Hearing

**1:33 p.m.        Court in session.**

Court calls case.   Counsel present.   Defendant present in custody.

Interpreters sworn.

Preliminary remarks by the Court.

Statement by Ms. Korver.

Statement by Mr. Steinberg.

Comments and rulings by the Court.

**ORDERED:    Motion For Reconsideration Or In The Alternative To Certify The Court's
              December 21, 2010 Order As Final For Appeal Or For Pursuit Of** *Bivens*
              **Relief (Filed 12/30/10; Doc. No. 80) is DENIED as specified.**

Discussion regarding speedy trial and representation for the defendant.

**ORDERED:    A Status Conference is set Friday, January 14, 2011 at 10:00 a.m.**

**1:56 a.m.        Court in recess.**
Hearing concluded.
Time in court - 23 minutes.