IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-316-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOEL CHAVIRA-NUNEZ,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  A Status Conference is set for **April 27, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  April 15, 2011