FILED
United States Court of Appeals
Tenth Circuit

May 25, 2011

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

In re:

JOEL CHAVIRA-NUNEZ,

Petitioner.

No. 11-1216
(D.C. No. 1:10-CR-00316-JLK)
(D. Colo.)

---

ORDER

---

Before **HARTZ**, **O'BRIEN**, and **TYMKOVICH**, Circuit Judges.

---

Petitioner Joel Chavira-Nunez seeks a writ of mandamus directing the United States District Court for the District of Colorado to reinstate Harvey A. Steinberg as his counsel in case No. 1:10-CR-00316-JLK. The district court disqualified Mr. Steinberg, concluding that he had a potential conflict of interest arising from his previous representation of a confidential informant who might be called to testify at petitioner's trial.

"[A] writ of mandamus is a drastic remedy, and is to be invoked only in extraordinary circumstances. . . . [W]e will grant a writ only when the district court has acted wholly without jurisdiction or so clearly abused its discretion as to constitute usurpation of power. . . . It is not appropriate to issue a writ when the most that could be claimed is that the district courts have erred in ruling on

matters within their jurisdiction." *In re Cooper Tire & Rubber Co.*, 568 F.3d 1180, 1186-87 (10th Cir. 2009) (internal quotation marks and citations omitted). Three conditions must be met before we will issue a writ of mandamus: 1) the petitioner must have no other adequate means to secure the desired relief; 2) the petitioner must show that his right to the writ is clear and indisputable; and 3) this court must conclude, in the exercise of its discretion, that the circumstances warrant the grant of mandamus relief. *Id.* at 1187.

Petitioner has not met his burden of showing he is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk