IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00316-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL CHAVIRA-NUNEZ,

    Defendant.

___

**MOTION FOR HEARING AND DETERMINATION OF COMPETENCY;
UNOPPOSED MOTION TO VACATE TRIAL**
___

COMES NOW the Defendant, Joel Chavira-Nunez, by and though his attorney of record, Dennis W. Hartley, P.C., and hereby files this motion for a hearing to determine his mental competency pursuant to 18 USC 4241(a), and as grounds therefore, states to this Court as follows:

1. On November 8, 2006, the Defendant was in an automobile accident where he struck his head on the dashboard and suffered a severe closed head injury.

2. Throughout the undersigned counsel's meetings and conversations with the Defendant, the Defendant has displayed cognitive impairment, which has caused counsel to question the Defendant's competency, his ability to make rational decisions, and his ability to assist counsel in his defense in his case currently pending before this Court. These concerns have given counsel reason to be concerned about his ability to effectively represent the Defendant.

3. Counsel has spoken with John Tatum, Defendant's previous defense counsel, and he also expressed his concerns about the Defendant's competency.

4. Counsel has also discussed this issue with Assistant U.S. Attorney Michelle Korver, who has stated that the Defendant's sisters have also explained to her that the Defendant has been making very strange decisions since the automobile accident,

5. Mr. Chavira-Nunez's case is presently scheduled for trial beginning on August 29, 2011. Because of the serious nature of the charges against the Defendant, and questions about the Defendant's ability to assist counsel in this trial, both the undersigned counsel and Assistant U.S. Attorney Korver jointly request that this trial date be vacated and rescheduled after the Defendant has been evaluated by a psychiatric professional.

6. For all of the above reasons, counsel for the Defendant prays that that this Court issue an Order granting his Motion for Hearing and Determination of Competency, that this Court order a psychiatric or psychological examination as the Court may deem appropriate, and that the trial date of August 29, 2011, be vacated until after the Defendant has been evaluated.

Respectfully submitted this 12th day of August, 2011.

DENNIS W. HARTLEY, P.C.

By: _s/ Dennis W. Hartley_____ .
    Dennis W. Hartley (#788)
    Attorneys for Defendant
    1749 S. Eighth Street, Suite 5
    Colorado Springs, CO  80906
    (719) 635-5521
    Fax:  (719) 635-5760

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 12th day of August, 2011 a true and correct copy of the foregoing **MOTION FOR HEARING AND DETERMINATION OF COMPETENCY; UNOPPOSED MOTION TO VACATE TRIAL** was electronically filed through the ECF with service upon the following:

Michele R. Korver, Esq.
U.S. Attorney's Office – Denver
1225 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, CO 80202

                                                       *s/Julia Vendeland*          .
                                                       Julia Vendeland