IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-316-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    JOEL CHAVIRA-NUNEZ,**

        Defendant.

---

## ORDER

---

Kane, J.

This matter is before the court on Defendant's Motion for Hearing and Determination of Competency; Unopposed Motion to Vacate Trial Date (doc. #127), filed August 12, 2011. The Motion is **GRANTED**. It is

**ORDERED** that the defendant shall be evaluated to determine his competency to stand trial. It is

**FURTHER ORDERED** that the trial date of August 29, 2011 is **VACATED**. The Final Trial Preparation Conference/Motions Hearing set for August 19, 2011 is likewise **VACATED**.

Dated: August 17, 2011

                                      BY THE COURT:

                                      ***s/John L. Kane***
                                      John L. Kane, Senior Judge
                                      United States District Court