IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **10-cr-316-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**1.  JOEL CHAVIRA-NUNEZ,**

          Defendant.

---

## ORDER OF COMMITMENT FOR COMPETENCY EVALUATION

Kane, J.

Based on this court's Order dated August 17, 2011 directing that Mr. Chavira-Nunez be evaluated to determine his competency to stand trial, it is

ORDERED that the Defendant, Joel Chavira-Nunez shall be committed to a federal medical center for the purpose of conducting a competency evaluation pursuant to 18 U.S.C. § 4241(b) and (c).

Accordingly, and within 90 days, the United States Bureau of Prisons shall provide a written competency evaluation advising the Court concerning Defendant's mental condition and competency to proceed in this criminal action.  Based on the written evaluation, the court will schedule a further hearing to determine how best to proceed in this case, either to proceed with a trial setting, or, if appropriate, to order treatment to restore competency.  Speedy trial deadlines are tolled pending determination of competency.

DATED this 22nd day of August, 2011.    **s/John L. Kane**
                                                                   SENIOR U.S. DISTRICT JUDGE