IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-316-JLK
Civil Action No. 13-cv-2489-JLK

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

JOEL CHAVIRA-NUÑEZ,

    Defendant-Movant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order entered November 15, 2013 by U.S. District Judge John L. Kane, the following Judgment is hereby entered:

1. The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 213) is DENIED.

2. The corresponding civil action is dismissed.

Dated at Denver, Colorado this ___15th___ day of November, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: _s/ Edward P. Butler_
                     Edward P. Butler, Deputy Clerk